UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDRE LAMONT REDDIC | CIVIL ACTION |
| VERSUS | NO: 14-653 |
| MARLIN N. GUSMAN, ET AL | SECTION: "J" (5) |

**ORDER**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge **(Rec. Doc. 6),** and Plaintiff's failure to file any objections thereto, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion herein.  Accordingly,

**IT IS ORDERED** that Defendants' **Motion to Dismiss (Rec. Doc. 5)** is hereby **GRANTED**. Plaintiff's claims against Defendants should be and hereby are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana this 3rd day of June, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE